# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GONZALES,<br><br>    Petitioner,<br><br>v.<br><br>ANDRE MATEVOUSIAN, Warden,<br><br>    Respondent. | No. 1:18-cv-00499-JLT (HC)<br><br>ORDER DENYING MOTION TO EXPEDITE<br><br>[Doc. 2] |

On March 26, 2018, Petitioner filed a habeas petition in this Court. Along with the petition, he filed a motion to expedite consideration of his petition. Petitioner is advised that the Court does not have an expedited calendar. He is advised that the Court acts to resolve all pending cases in the most efficient manner possible. The Court is aware of Petitioner's petition and the time deadlines involved. Nevertheless, the Court's docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest.

Accordingly, Petitioner's motion to expedite the pending petition for writ of habeas corpus is DENIED.

IT IS SO ORDERED.

    Dated: __**April 13, 2018**__                    **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE