1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT GONZALES,                    No. 1:18-cv-00499-DAD-SKO HC

12              Petitioner,

13       v.                              **FINDINGS AND RECOMMENDATIONS
                                         TO DENY PETITIONER'S MOTION FOR**
14   ANDRE MATEVOUSIAN,                  **SUMMARY JUDGMENT**

15              Respondent.              **ORDER DIRECTING RESPONDENT
                                         TO RE-SERVE THE ANSWER ON**
16                                       **PETITIONER**

17                                       **(Doc. 19)**

18

19          Petitioner, Robert Gonzales, is a federal prisoner proceeding *pro se* with a petition for writ

20   of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner filed his petition on March 26, 2018.  On

21
     June 6, 2018, as ordered, Respondent filed a response to the petition in the form of a motion to
22
     dismiss.  (Doc. 18.)
23
24          Presently before the Court is Petitioner's "Ex Parte Motion for Summary Judgment Pursuant

25   to Rule 56(a) of the Federal Rules of Civil Procedure, Based on Respondent's Failure to File an

26   Answer, as Ordered," which was filed on June 26, 2018.  (Doc. 19.)  Petitioner requests that the

27   Court grant his motion for summary judgment based on Respondent's failure to file an answer to

28

                                              1

his petition. *Id.*

While the Federal Rules of Civil Procedure may be applied to habeas proceedings, Petitioner's motion for summary judgment is not appropriate in this instance. *See* Rule 12, Rules Governing Section 2254 Cases. The Court ordered Respondent to address the merits of Petitioner's claims, which Respondent has done; therefore, the undersigned recommends denying Petitioner's motion.

Petitioner's traverse is currently due on June 21, 2018.

Respondent's answer contains a declaration by C. Buxbaum certifying that the motion to dismiss was mailed to Petitioner on June 6, 2018. Because it appears Petitioner did not receive it, the Court will order Respondent to re-serve the answer to Petitioner by July 6, 2018.

### CONCLUSION AND RECOMMENDATION

Based on the foregoing, the undersigned recommends the Court deny Petitioner's Motion for summary judgment.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C § 636(b)(1). Within **thirty (30) days** after being served with these Findings and Recommendations, either party may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Replies to the objections, if any, shall be served and filed within **fourteen (14) days** after service of the objections. The parties are advised that failure to file objections within the specified time may constitute waiver of the right to appeal the District Court's order. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 ((9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **July 9, 2018**                              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE